Michael A. Sherman (SBN 94783)
masherman@stubbsalderton.com
Jeffrey F. Gersh (SBN 87124)
jgersh@stubbsalderton.com
Sandeep Seth (SBN 195914)
sseth@stubbsalderton.com
Wesley W. Monroe (SBN 149211)
wmonroe@stubbsalderton.com
Stanley H. Thompson, Jr. (SBN 198825)
sthompson@stubbsalderton.com
Viviana Boero Hedrick (SBN 239359)
vhedrick@stubbsalderton.com
STUBBS ALDERTON & MARKILES, LLP
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403
Telephone:    (818) 444-4500
Facsimile:    (818) 444-4520

Attorneys for Plaintiffs

[ADDITIONAL ATTORNEYS LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONALWEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | **CASE NO.: 5:18-md-02834-BLF**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)** |
| PERSONALWEB TECHNOLOGIES, LLC, ET AL., <br><br>Plaintiffs,<br><br>v.<br><br>GROUP NINE MEDIA, INC., a Delaware corporation, and THRILLIST MEDIA GROUP, INC., a Delaware corporation,<br><br>Defendants. | **Case No.: 5:18-cv-03581-BLF** |

**TO THE COURT, AND DEFENDANTS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs PersonalWeb Technologies, LLC and Level 3 Communications, LLC hereby voluntarily dismiss the above-captioned action against Defendants Group Nine Media, Inc. and Thrillist Media Group, Inc. without prejudice.

Dated: September 18, 2018              Respectfully submitted,

                                           **STUBBS ALDERTON**
                                           **& MARKILES, LLP**

                                           By: */s/ Michael A. Sherman*
                                               Michael A. Sherman
                                               Jeffrey F. Gersh
                                               Sandeep Seth
                                               Wesley W. Monroe
                                               Stanley H. Thompson, Jr.
                                               Viviana Boero Hedrick

                                           Attorneys for Plaintiffs

Dated: September 18, 2018              **MACEIKO IP**

                                           By: */s/ Theodore S. Maceiko*
                                             Theodore S. Maceiko (SBN 150211)
                                             ted@maceikoip.com
                                             MACEIKO IP
                                             420 2nd Street
                                             Manhattan Beach, CA  90266
                                             Telephone:  (310) 545-3311
                                             Facsimile:   (310) 545-3344
                                             Attorneys for Plaintiff
                                             PERSONALWEB
                                             TECHNOLOGIES, LLC, a Texas
                                             limited liability company

| | | |
|---|---|---|
| 1 | Dated: September 18, 2018 | DAVID D. WIER |
| 2 | | By: */s/ David D. Wier* |
| | | David D. Wier |
| 3 | | David.wier@level3.com |
| 4 | | Vice President and Assistant General Counsel |
| 5 | | 1025 Eldorado Boulevard |
| | | Broomfield, CO 80021 |
| 6 | | Telephone: (720) 888-3539 |
| 7 | | Attorney for Plaintiff |
| | | LEVEL 3 COMMUNICATIONS, LLC |

# PROOF OF SERVICE

I declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 15260 Ventura Blvd., 20th Floor, Sherman Oaks, California 91403. On **September 18, 2018**, I served the documents described as: **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)** on the interested parties in this action as follows:

***SEE ATTACHED SERVICE LIST***

☒ **BY U.S. MAIL:** By depositing for collection and mailing in the ordinary course of business. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☒ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") pursuant to FRCP, Rule 5(b)(2)(E) and JPML Rule 4.1** (Pursuant to controlling General Order(s) and Local Rule(s) ("LR"), the foregoing document will be served by the court via NEF and hyperlink to the document to counsel at the email address(es) listed below).

☐ **(BY OVERNIGHT DELIVERY)** I am personally and readily familiar with the business practice of Stubbs Alderton & Markiles, LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on **September 18, 2018**, at Sherman Oaks, California.

/s/ *Elizabeth Saal de Casas*
ELIZABETH SAAL DE CASAS

# SERVICE LIST

*In Re PersonalWeb Technologies, LLC, et al.*
**Case No: 5:18-MD-02834**
*PersonalWeb Technologies, LLC, et., al V. Group Nine Media, Inc., et., al.*
**CASE NO: 5:18-cv-03581-BLF**

| | |
|---|---|
| AIRBNB, INC.<br>c/o J. David Hadden<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-00149-BLF**<br>*Attorney for Airbnb, Inc.*<br>*Via ECF* | AMAZON.COM, INC. AND AMAZON WEB SERVIES, INC.<br>c/o J. David Hadden<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-00767-BLF**<br>*Attorney for Amazon.com, Inc. and Amazon Web Services, Inc.*<br>*Via ECF* |
| AMICUS FTW, INC.<br>c/o Seth Ban<br>21 Buena Vista Ave. #E<br>San Francisco, CA 94117<br>**NDCA Case No. 5:18-cv-00150-BLF**<br>*Agent for Service of Process for Amicus FTW, Inc.*<br>*By U.S. Mail* | ATLAS OBSCURA INC.<br>c/o J. David Hadden<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 1:18-00164**<br>*Attorney for Atlas Obscura, Inc.*<br>*Via ECF* |
| ATLASSIAN, INC.<br>c/o Brent P. Ray<br>Kirkland & Ellis, LLP<br>Brent.ray@kirkland.com<br>c/o J. David Hadden, Esq,<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-00154-BLF**<br>*Attorneys for Atlassian, Inc.*<br>*Via ECF* | BDG MEDIA, INC.<br>c/o Shannon Turner<br>Fenwick & West LLP<br>sturner@fenwick.com<br>c/o Todd R. Gregorian<br>Fenwick & West LLP<br>tgregorian@fenwick.com<br>**NDCA Case No. 5:18-cv-03571-BLF**<br>*Attorney for BDG Media, Inc.*<br>*Via ECF* |

| | | |
|---|---|---|
| 1 | BITLY, INC. | BLUE APRON, LLC |
| 2 | c/o J. David Hadden<br>Fenwick & West, LLP | c/o J. David Hadden<br>Fenwick & West, LLP |
| 3 | dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-03572-BLF** | dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-03573-BLF** |
| 4 | *Attorney for Bitly, Inc.* | *Attorney for Blue Apron, LLC* |
| 5 | *Via ECF* | *Via ECF* |
| 6 | BRAZE, INC | BROOKLYN BREWERY CORPORATION |
| 7 | c/o Ryan McBrayer<br>c/o Daniel T. Shvodian | c/o J. David Hadden |
| 8 | Perkins Coie LLP | Fenwick & West LLP |
| 9 | RMcBrayer@perkinscoie.com<br>DShvodian@perkinscoie.com | dhadden@fenwick.com<br>Silicon Valley Center |
| 10 | **NDCA Case No. 5:18-cv-04624-BLF** | 801 California Street<br>Mountain View, CA 94041 |
| 11 | | |
| 12 | *Attorneys for Braze, Inc.*<br>Via ECF | *Attorneys for Brooklyn Brewery Corporation* |
| 13 | | *Via ECF* |
| 14 | | |
| 15 | CAPTERRA, INC. | CARS.COM LLC |
| 16 | c/o Steven J. Balick<br>Ashby & Geddes | c/o Benjamin T. Horton<br>bhorton@marshallip.com |
| 17 | sbalick@ashbygeddes.com | **NDCA Case No: 5:18-cv-05195-BLF** |
| 18 | c/o C. Gregory Gramenopoulos<br>Finnegan Henderson Farabow Garrett | *Attorneys for Cars.com LLC*<br>*Via ECF* |
| 19 | and Dunner | |
| 20 | gramenoc@finnegan.com<br>c/o Andrew Colin Mayo | |
| 21 | Morris, Nichols, Arsht & Tunnell | |
| 22 | amayo@mnat.com<br>**NDCA Case No. 5:18-cv-03458-BLF** | |
| 23 | *Attorneys for Capterra, Inc.* | |
| 24 | *Via ECF* | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | CENTAUR MEDIA USA INC. AND ECONSULTANCY, LTD. | CLOUD WARMER, INC. |
| 2 | c/o Todd R. Gregorian | c/o J. David Hadden |
| 3 | Fenwick & West LLP | Fenwick & West, LLP |
|   | tgregorian@fenwick.com | dhadden@fenwick.com |
| 4 | **NDCA Case No. 5:18-cv-03577-BLF** | **NDCA Case No. 2:18-00205** |
| 5 | *Attorney for Centaur Media USA Inc. and EConsultancy, Ltd.* | *Attorney for Cloud Warmer, Inc.* |
| 6 | ***Via ECF*** | ***Via U.S. Mail*** |
| 7 |  |  |
| 8 | CLOUD 66, INC. | CURIOUS.COM, INC. |
|   | c/o J. David Hadden | c/o J. David Hadden |
| 9 | Fenwick & West, LLP | Fenwick & West LLP |
|   | dhadden@fenwick.com | dhadden@fenwick.com |
| 10 | **NDCA Case No. 5:18-cv-00155-BLF** | **NDCA Case No. 5:18-cv-05198-BLF** |
| 11 | *Attorney for Cloud66, Inc.* | *Attorneys for Curious.com Inc.* |
|   | ***Via ECF*** | ***Via ECF*** |
| 12 |  |  |
| 13 | CUREBIT, INC. | DOLLAR SHAVE CLUB, INC. |
|   | c/o J. David Hadden | c/o Ryan Hubbard |
| 14 | Fenwick & West, LLP | Brent P. Ray |
| 15 | dhadden@fenwick.com | Ryan.Hubbard@kirkland.com |
|   | **NDCA Case No 5:18-cv-00156-BLF** | Brent.ray@kirkland.com |
| 16 | *Attorney for Curebit, Inc.* | **NDCA 5:18-cv-05373-BLF** |
|   | ***Via ECF*** | Attorneys for Dollar Shave Club, Inc. |
| 17 |  | ***Via ECF*** |
| 18 |  |  |
| 19 |  |  |
| 20 | DOXIMITY, INC. | FAB COMMERCE DESIGN, INC. |
|   | c/o J. David Hadden | c/o J. David Hadden |
| 21 | Fenwick & West, LLP | Fenwick & West, LLP |
|   | dhadden@fenwick.com | dhadden@fenwick.com |
| 22 | **NDCA Case No. 5:18-cv-00157-BLF** | **NDCA Case No. 5:18-cv-03578-BLF** |
| 23 | *Attorney for Doximity, Inc.* | *Attorney for Fab Commerce & Design, Inc.* |
|   | ***Via ECF*** | ***Via ECF*** |
| 24 |  |  |

| | |
|---|---|
| FANDOR, INC.<br>c/o J. David Hadden<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>801 California Street<br>Mountain View, CA  94041<br>**NDCA Case No 5:18-cv-00159-BLF**<br>*Attorney for Fandor, Inc.*<br>***Via U.S. Mail*** | FANDUEL, INC. AND FANDUEL LTD.<br>c/o Shannon Turner<br>Fenwick & West LLP<br>sturner@fenwick.com<br>c/o Todd R. Gregorian<br>Fenwick & West LLP<br>tgregorian@fenwick.com<br>**NDCA Case No. 5:18-cv-03582-BLF**<br>*Attorneys for FanDuel, Inc. and FanDuel Ltd.*<br>***Via ECF*** |
| FIVERR INTERNATIONAL LTD.<br>c/o Todd R. Gregorian<br>Fenwick & West, LLP<br>tgregorian@fenwick.com<br>**NDCA Case No. 5:18-cv-03455-BLF**<br>*Attorney for Fiverr International Ltd.*<br>***Via ECF*** | FOOD52, INC.<br>c/o Shannon Turner<br>Fenwick & West LLP<br>sturner@fenwick.com<br>c/o Todd R. Gregorian<br>Fenwick & West LLP<br>tgregorian@fenwick.com<br>**NDCA Case No. 5:18-cv-03579-BLF**<br>*Attorney for Food52, Inc.*<br>***Via ECF*** |
| GOLDBELY, INC.<br>c/o J. David Hadden<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>c/o David L. Simson<br>c/o David Shane Brun<br>Goodwin Proctor LLP<br>dsimson@goodwinlaw.com<br>sbrun@goodwinlaw.com<br>**NDCA CASE No. 5:18-cv-00160-BLF**<br>*Attorneys for Goldbely, Inc.*<br>***Via ECF*** | GOPRO, INC.<br>c/o J. David Hadden<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No 5:18-cv-00161-BLF**<br>*Attorney for GoPro, Inc.*<br>***Via ECF*** |

| | |
|---|---|
| GROUP NINE MEDIA, INC.<br>c/o J. David Hadden<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-03581-BLF**<br>*Attorney for Group Nine Media, Inc*<br>***Via ECF*** | HEROKU, INC.<br>c/o Nicholas H Lee<br>c/o Michael A. Berta<br>Arnold & Porter Kaye Scholer LLP<br>nicholas.lee@arnoldporter.com<br>michael.berta@arnoldporter.com<br>**NDCA Case No. 5:18-cv-00162-BLF**<br>*Attorney for Heroku, Inc.*<br>***Via ECF*** |
| KARMA MOBILITY INC.<br>c/o J. David Hadden<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>c/o Steven J. Balick<br>sbalick@ashbygeddes.com<br>Ashby & Geddes<br>c/o Andrew Colin Mayo<br>Morris, Nichols, Arsht & Tunnell<br>amayo@mnat.com<br>**NDCA Case No. 5:18-cv-03459-BLF**<br>*Attorneys for Karma Mobility, Inc.*<br>***Via ECF*** | KICKSTARTER, PBC<br>c/o Michael J. Zinna<br>Kelley, Drye & Warren, LLP<br>mzinna@kelleydrye.com<br>**NDCA Case No. 1:18-cv-00206**<br>*Attorney for Kickstarter, PBC*<br>***Via ECF*** |
| KONGREGATE, INC.<br>c/o John Morrow<br>David Boaz<br>John.Morrow@wbd-us.com<br>David.Boaz@wbd-us.com<br>**NDCA Case No. 5:18-cv-04625-BLF**<br>*Attorneys for Kongregrate, Inc.*<br>***Via ECF*** | LEAP MOTION, INC.<br>c/o J. David Hadden<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-00163-BLF**<br>*Attorney for Leap Motion, Inc*<br>***Via ECF*** |
| LESSON NINE GMBH<br>c/o Markus Witte, CEO<br>149 5th Avenue, Floor 5<br>New York, New York 10010<br>**NDCA Case No. 5:18-cv-03453-BLF**<br>*Unrepresented Party*<br>*Last known address*<br>***By U.S. Mail*** | LE TOTE, INC.<br>c/o Incorporating Services, Ltd.<br>3500 S. Dupont Highway<br>Dover, DE  19901<br>**NDCA Case No. 5:18-cv-05199-BLF**<br>*Agent for Service of Process for LeTote, Inc.*<br>***Via U.S. Mail*** |

| | |
|---|---|
| LIVECHAT, INC. AND LIVECHAT SOFTWARE SA<br>c/o J. David Hadden<br>Fenwick and West LLP<br>dhadden@fenwick.com<br>c/o Steven J. Balick<br>Ashby & Geddes<br>sbalick@ashbygeddes.com<br>c/o Andrew Colin Mayo<br>Morris, Nichols, Arsht & Tunnell<br>amayo@mnat.com<br>**NDCA Case No. 5:18-cv-03461-BLF**<br>*Attorneys for LiveChat, Inc.*<br>*Via ECF* | MATCH GROUP, LLC AND MATCH GROUP, INC.<br>c/o J. David Hadden<br>Fenwick and West LLP<br>dhadden@fenwick.com<br>c/o Steven J. Balick<br>Ashby & Geddes<br>sbalick@ashbygeddes.com<br>**NDCA Case No. 5:18-cv-03462-BLF**<br>*Attorneys for Match Group, LLC and Match Group, Inc.*<br>*Via ECF* |
| MELIAN LABS, INC.<br>c/o J. David Hadden<br>Fenwick and West LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-00165-BLF**<br>*Attorney for Melian Labs, Inc.*<br>*Via ECF* | MERKLE, INC.<br>c/o Robert F. McCauley<br>c/o Christopher C. Johns<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>Robert.mccauley@finnegan.com<br>Christopher.johns@finnegan.com<br>**NDCA Case No. 5:18-cv-00409-BLF**<br>*Attorneys for Merkle, Inc.*<br>*Via ECF* |
| MYFITNESSPAL, INC.<br>c/o Wesley Muller<br>Under Armour<br>2601 Port Covington Drive<br>Baltimore, MD  21230<br>**NDCA Case No. 5:18-cv-00166-BLF**<br>**Via U.S. Mail** | MWM MY WEDDING MATCH LTD.<br>c/o Angel Pui, CEO<br>609 Hastings St. W 11th Floor<br>Vancouver<br>British Columbia<br>V6B4W4<br>**NDCA Case No. 5:18-cv-03457-BLF**<br>*Unrepresented Party*<br>*Last known address*<br>*Via U.S. Mail* |

| | |
|---|---|
| NRT, LLC<br>c/o Rich Basile<br>rbasile@murthalaw.com<br>Murtha Cullina<br>177 Broad Street, 16th Floor<br>Stamford, CT 06901<br>**NDCA Case No. 5:18-cv-05201-BLF**<br>Attorneys for NRT LLC<br>*Via ECF* | NRT New York LLC dba Citi Habitats<br>c/o Rich Basile<br>rbasile@murthalaw.com<br>**NDCA Case No. 5:18-cv-05201-BLF**<br>Attorneys for NRT New York LLC dba Citi Habitats<br>*Via ECF* |
| PANJIVA, INC.<br>c/o Martin Edward Gilmore, III<br>Perkins Coie LLP *(NYC)<br>mgilmore@perkinscoie.com<br>c/o J. David Hadden<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-03580-BLF**<br>*Attorneys for Panjiva, Inc.*<br>*Via ECF* | PEEK TRAVEL, INC.<br>c/o J. David Hadden<br>Fenwik and West LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-04628-BLF**<br>*Attorneys for Peek Travel, Inc.*<br>*Via ECF* |
| QUOTIENT TECHNOLOGY INC.<br>c/o J. David Hadden<br>Fenwick and West LLP<br>dhadden@fenwick.com<br>c/o Jason A. Crotty<br>Mauriel Kapouytian Woods LLP<br>jcrotty@mkwllp.com<br>**NDCA Case No. 5:18-cv-00169-BLF**<br>*Attorney for Quotient Technology Inc.*<br>*Via ECF* | REDDIT, INC.<br>c/o Marcus Barber<br>Kasowitz Benson Torres LLP<br>MBarber@kasowitz.com<br>**NDCA Case No. 5:18-cv-00170-BLF**<br>*Attorney for Reddit, Inc.*<br>*Via ECF* |

| | |
|---|---|
| ROBLOX CORPORATION<br>c/o J. David Hadden<br>Fenwick & West, LLP<br>dhadden@fenwick.com<br>**NDCA Case No. 5:18-cv-00171-BLF**<br>*Attorney for Roblox Corporation*<br>*Via ECF* | ROCKETHUB INC. AND ELEQT GROUP LTD.<br>34 Queen Anne Street<br>London, W1G 8HG<br>United Kingdom<br>**NDCA Case No. 5:18-cv-03583-BLF**<br>*Unrepresented Party Last known address*<br>*Via U.S. Mail* |
| SHAREFILE LLC<br>c/o Aaron Wainscoat<br>aaron.wainscoat@dlapiper.com<br>DLA Piper LLP<br>**NDCA Case No. 5:18-cv-05202-BLF**<br>*Attorney for Sharefile LLC*<br>*Via ECF* | SHOPIFY INC.<br>c/o Ryan Hubbard<br>ryan.hubbard@kirkland.com<br>Kirkland & Ellis LLP<br>300 N. LaSalle<br>Chicago IL 60654<br>**NDCA Case No. 5:18-cv-04626-BLF**<br>*Attorneys for Shopify Inc.*<br>*Via U.S. Mail* |
| SHOPIFY (USA), INC.<br>c/o Brent P. Ray<br>Brent.ray@kirkland.com<br>Kirkland & Ellis LLP<br>**NDCA Case No. 5:18-cv-04626-BLF**<br>*Attorneys for Shopify (USA), Inc.*<br>*Via ECF* | SPOKEO, INC.<br>c/o J. David Hadden<br>dhadden@fenwick.com<br>Fenwick & West, LLP<br>**NDCA Case No. 5:18-cv-02140-BLF**<br>*Attorney for Spokeo, Inc.*<br>*Via ECF* |
| SPONGECELL, INC.<br>c/o Shannon Turner<br>sturner@fenwick.com<br>Fenwick & West LLP<br>c/o Todd R. Gregorian<br>tgregorian@fenwick.com<br>Fenwick & West LLP<br>**NDCA Case No. 5:18-cv-03584-BLF**<br>*Attorney for Spongecell, Inc.*<br>*Via ECF* | SQUARE, INC.<br>c/o J. David Hadden<br>dhadden@fenwick.com<br>Fenwick & West, LLP<br>c/o Bijal V. Vikal<br>bvakil@whitecase.com<br>c/o Allen W. Wang<br>awang@whitecase.com<br>White & Case LLP<br>**NDCA Case No. 5:18-cv-00183-BLF**<br>*Attorneys for Square, Inc.*<br>*Via ECF* |

| | | |
|---|---|---|
| 1 | STARTDATE LABS, INC. | STITCH FIX, INC. |
| 2 | c/o Andrew Colin Mayo<br>amayo@mnat.com | c/o Brent P. Ray<br>Brent.ray@kirkland.com |
| 3 | Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street, 16th Floor | Kirkland & Ellis, LLP<br>c/o J. David Hadden |
| 4 | P.O. Box 1347 | dhadden@fenwick.com |
| 5 | Wilmington, DE 19899-1347 | Fenwick & West, LLP |
| 6 | **NDCA Case No. 5:18-cv-05203-BLF** | **NDCA Case No. 5:18-cv-00173-BLF**<br>*Attorneys for Stitch Fix, Inc.* |
| 7 | *Via U. S. Mail* | *Via ECF* |
| 8 | STRAVA, INC.<br>c/o Brent P. Ray | TASTY TRADE, INC.<br>c/o J. David Hadden |
| 9 | Brent.ray@kirkland.com | dhadden@fenwick.com |
| 10 | Ryan Hubbard, Esq.<br>Ryan.hubbard@kirkland.com | Fenwick & West LLP<br>Mountain View, CA 94041 |
| 11 | Kirkland & Ellis LLP | **NDCA Case No. 5:18-cv-05204-BLF** |
| 12 | **NDCA Case No. 5:18-cv-04627-BLF** | *Via ECF* |
| 13 | Attorneys for Strava, Inc. | |
| 14 | *Via ECF* | |
| 15 | TEESPRING, INC. | THRILLIST MEDIA GROUP, INC. |
| 16 | c/o Ryan R. Smith<br>Wilson Sonsini Goodrich & Rosati | c/o J. David Hadden<br>Fenwick & West, LLP |
| 17 | rsmith@wsgr.com | dhadden@fenwick.com |
| 18 | c/o J. David Hadden<br>Fenwick & West, LLP | **NDCA Case No. 5:18-cv-03581-BLF**<br>*Attorney for Thrillist Media Group,* |
| 19 | dhadden@fenwick.com | *Inc.* |
| 20 | **NDCA Case No. 5:18-cv-00175-BLF** | *Via ECF* |
| 21 | *Attorneys for Teespring, Inc.* | |
| 22 | *Via ECF* | |
| | TOPHATTER, INC. | TREEHOUSE ISLAND INC. |
| 23 | c/o J. David Hadden | c/o Peter E. Heuser |
| 24 | Fenwick & West, LLP<br>dhadden@fenwick.com | pheuser@schwabe.com<br>Schwabe, Williamson & Wyatt, P.C. |
| 25 | **NDCA Case No. 5:18-cv-00176-BLF** | 1211 SW Fifth Avenue |
| 26 | | Suite 1900<br>Portland, OR 97204 |
| 27 | *Attorney for Tophatter, Inc.*<br>*Via ECF* | **NDCA Case No. 5:18-cv-05205-BLF** |
| 28 | | *Attorneys for Treehouse Island, Inc.*<br>*Via ECF* |

| | | |
|---|---|---|
| 1 | VALASSIS COMMUNICATIONS, INC. | VEND, INC. AND VEND LIMITED |
| 2 | c/o Brent P. Ray | c/o J. David Hadden<br>Fenwick & West, LLP |
| 3 | [Brent.ray@kirkland.com](mailto:Brent.ray@kirkland.com) | [dhadden@fenwick.com](mailto:dhadden@fenwick.com) |
| 4 | Ryan Hubbard<br>[Ryan.Hubbard@kirkland.com](mailto:Ryan.Hubbard@kirkland.com) | **NDCA Case No. 5:18-cv-00196-BLF** |
| 5 | Kirkland & Ellis LLP | *Attorney for Vend, Inc. and Vend Limited* |
| 6 | **NDCA Case No. 5:18-cv-05206-BLF** | *Via ECF* |
| 7 | Attorneys for Valassis Communications, Inc. | |
| 8 | *Via ECF* | |

| | | |
|---|---|---|
| 10 | WEBFLOW, INC. | WEDDINGWIRE, INC. |
| 11 | c/o J. David Hadden<br>Fenwick & West, LLP | c/o Steven J. Balick<br>Ashby & Geddes |
| 12 | [dhadden@fenwick.com](mailto:dhadden@fenwick.com) | sbalick@ashbygeddes.com |
| 13 | **NDCA Case No. 5:18-cv-00178-BLF** | c/o J. David Hadden<br>Fenwick & West, LLP |
| 14 | *Attorney for Webflow, Inc.*<br>*Via ECF* | [dhadden@fenwick.com](mailto:dhadden@fenwick.com) |
| 15 | | c/o Andrew Colin Mayo<br>Morris, Nichols, Arsht & Tunnell |
| 16 | | [amayo@mnat.com](mailto:amayo@mnat.com) |
| 17 | | **NDCA Case No. 5:18-cv-03458-BLF**<br>*Attorneys for WeddingWire, Inc.*<br>*Via ECF* |
| 18 | WEWORK COMPANIES INC. | YOTPO LTD. |
| 19 | c/o Todd R. Gregorian | c/o J. David Hadden |
| 20 | [tgregorian@fenwick.com](mailto:tgregorian@fenwick.com)<br>Fenwick & West LLP | Fenwick & West, LLP<br>801 California Street |
| 21 | **NDCA Case No. 5:18-cv-05272-BLF** | Mountain View, CA 94041<br>**NDCA Case No. 5:18-cv-03452-BLF** |
| 22 | *Attorneys for WeWork Companies Inc.* | *Attorney for Yotpo, Ltd.* |
| 23 | *Via ECF* | *Via U.S. Mail* |